Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

_April 10_____ 20 _24_

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENAN DEJUAN BROWN,<br><br>Defendant. | NO. **CR 24 - 066** JLR<br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about October 20, 2023, in King County, within the Western District of Washington, KENAN DEJUAN BROWN, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

    i.    *Felon in Possession of a Firearm,* in the Western District of Washington, under case number CR16-071 JLR, dated on or about September 19, 2016;

Indictment - 1
*United States v. Brown*
USAO No. 2024R00054

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

ii.    *Assault in the Third Degree-Domestic Violence,* in King County Superior Court, under case number 12-1-00802-3 KNT, dated on or about June 27, 2012;

iii.    *Domestic Violence Felony Violation of Court Order,* in King County Superior Court, under case number 11-1-06067-1 KNT, dated on or about June 27, 2012;

iv.    *Domestic Violence Court Order Violation*, in Kitsap County Superior Court, under cause number 06-1-0290-1, dated on or about April 4, 2006; and

v.    *Unlawful Possession of a Firearm*, in Kitsap County Superior Court, under case number 03-1-0833-6, dated on or about July 10, 2003;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Glock Model 19 Gen 9mm handgun, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, KENAN DEJUAN BROWN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense.

Indictment - 2
*United States v. Brown*
USAO No. 2024R00054

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

      a.  cannot be located upon the exercise of due diligence;

      b.  has been transferred or sold to, or deposited with a third party;

      c.  has been placed beyond the jurisdiction of the Court;

      d.  has been substantially diminished in value; or,

      e.  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 10/4/24

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
TESSA M. GORMAN
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
BRIAN WYNNE
Assistant United States Attorney

Indictment - 3
*United States v. Brown*
USAO No. 2024R00054

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970